# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCHESU MINOR,** | : | CIVIL ACTION |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **18th DISTRICT**, *et al.* | : | NO. 18-825 |
| *Defendants.* | : | |

# O R D E R

**AND NOW**, this 27th day of April, 2018, upon consideration of Ms. Minor's Motion to Proceed *In Forma Pauperis*, Prisoner Trust Fund Account Statement, and her *pro se* Complaint, it is hereby **ORDERED** that:

1. The motion to proceed *in forma pauperis* is **GRANTED**.

2. Plaintiff Marchesu Minor, #652919, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b). Based on the financial information provided by Plaintiff, an initial partial filing fee of $1.02 is assessed. The Warden or other appropriate official at the Riverside Correctional Facility or at any other prison at which Plaintiff may be incarcerated is directed to deduct $1.02 from Plaintiff's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 18-825. In each succeeding month when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for this case, Civil Action No. 18-825.

3. The Clerk of Court is directed to send a copy of this Order to the Warden at the Riverside Correctional Facility.

4. The Complaint is **DISMISSED** without prejudice for the reasons stated in the Court's Memorandum.

5. Ms. Minor is given leave to file an amended complaint within thirty (30) days of the date of this order in the event she can state a plausible claim against an appropriate defendant or defendants. If Ms. Minor files an amended complaint, she shall identify all of the defendants in the caption of the amended complaint, clearly state how each defendant was involved in the claimed violations of her rights, and identify the relief that she seeks. Any amended complaint shall not rely on Ms. Minor's original complaint or any other documents filed in this case in order to state a claim. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so ORDERED.

6. The Clerk of Court shall send Ms. Minor a blank copy of the Court's current form complaint for a prisoner filing a civil rights action bearing the civil action number for this case.

7. If Ms. Minor fails to file an amended complaint in accordance with this order, her case may be dismissed for failure to prosecute without further notice.

                                            **BY THE COURT:**

                                          */s/ Nitza I. Quiñones Alejandro*
                                          **NITZA I. QUIÑONES ALEJANDRO**
                                          *Judge, United States District Court*