# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARCHESU MINOR,** *Plaintiff,* | : : : |
| v. | : CIVIL ACTION NO. 18-CV-825 : |
| **18th DISTRICT,** *et al.* *Defendants.* | : : : |

# O R D E R

**AND NOW**, this 16th day of May, 2018, upon consideration of Plaintiff Marchesu Minor's Response, which this Court has construed as an Amended Complaint (ECF No. 14), it is hereby ORDERED that:

1. The Amended Complaint is **DISMISSED, with prejudice,** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum. Minor may not file another amendment in this case.

2. The Clerk of Court is directed to mark this matter **CLOSED.**

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*